IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LISA BERGERON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:24-cv-02313-JAR-ADM |
| | ) |
| THE UNIVERSITY OF KANSAS, | ) |
| | ) |
| Defendant. | ) |

## JOINT NOTICE OF MEDIATION

In accordance with the Court's Scheduling Order, ECF No. 15, the parties jointly submit this notice of mediation. The parties selected as mediator Joe Eischens, Eischens Vogel Mediation Solutions, 8013 Park Ridge Dr., Parkville, MO 64152, 816-665-5956.

The mediation will begin at 9:30 a.m. on January 7, 2025, at Foulston Siefkin, 7500 College Boulevard, Suite 1400, Overland Park, KS 66210.

Respectfully submitted,

| | |
|---|---|
| FOULSTON SIEFKIN, LLP | FAGAN & EMERT, LLC |
| | |
| By: /s/ *Tara S. Eberline* | By:*/s/ Jennifer R. Johnson* |
| Tara Eberline, KS #22576 | Jennifer R. Johnson, KS #22096 |
| Jacob G. Holly, KS #28437 | 800 New Hampshire St. |
| 7500 College Boulevard, Ste. 1400 | Suite 110 |
| Overland Park, KS 66210-2000 | Lawrence, KS 66044 |
| (913) 253-2136 | (785) 331-0300 |
| (913) 498-2101 FAX | (785) 331-0303 FAX |
| Email: teberline@foulston.com | Email:  jjohnson@faganemert.com |
| jholly@foulston.com | |
| | *Attorney for Plaintiff* |

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jennifer R. Johnson
Fagan & Emert, LLC
Email: jjohnson@faganemert.com

*Attorney for Plaintiff*

    /s/ *Tara S. Eberline*
ATTORNEY FOR DEFENDANT