**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| LISA BERGERON, )  |   |
|     Plaintiff, ) |   |
| ) |   |
| v. ) |   |
| ) |   |
| UNIVERSITY OF KANSAS ) | Case No.: 2:24-cv-02313 |
|     Defendant. ) |   |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Lisa Bergeron., hereby dismisses her claims against Defendant University of Kansas with prejudice, with each party to bear its own costs and fees. There are no remaining claims in this matter.

Respectfully submitted,

**Fagan & Emert, LLC**

/s/Jennifer R. Johnson
Jennifer R. Johnson            #22096
800 New Hampshire St., Ste. 110
Lawrence, KS 66044
(785) 331-0300 – Telephone
(785) 331-0303 – Facsimile
jjohnson@faganemert.com
Attorney for Plaintiff

And

**Foulston Siefkin LLP**

/s/Tara Eberline
Tara Eberline            #22576
Jacob G. Holly            #28437
7500 College Blvd., Ste. 1400
Overland Park, KS 66044
(913) 498-2100 – Telephone
(913) 498-2101 – Facsimile
teberline@foulston.com
jholly@foulston.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 9th day of April 2025, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

/s/Jennifer R. Johnson
Jennifer R. Johnson    #22096